NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

L. Richard Walton (SBN 226703)
rwalton@taxtriallawyers.com
Walton & Walton, LLP
13700 Marina Pointe Drive, Suite 920
Marina del Rey, California 90292
(310) 363-7321 (Voice)
(310) 464-3057 (Facsimile)

ATTORNEY(S) FOR: Bank of Utah

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDALYN DOUGLASS, as Trustee of RAYMOND E. DOUGLASS Revocable Trust<br><br>Plaintiff(s),<br><br>v.<br><br>RELIANT LIFE SHARES LLC aka RELIANT CAPITAL, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Bank of Utah, Trustee for Reliant Life Shares Series Statutory Trust
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Reliant Life Shares, LLC | Scott Grady, Member |
| Bank of Utah, Trustee of the Reliant Life Shares Series Statutory Trust | BOU Bancorp, Inc. (owner of Bank of Utah) |

January 20, 2023
Date

/s/ L. Richard Walton
Signature

Attorney of record for (or name of party appearing in pro per):

Bank of Utah, Trustee of Reliant Life Shares Series Statutory Trust