1  COLLEEN T. FLAHERTY No. 327563
colleen.flaherty@mhllp.com
2  McDowell Hetherington LLP
1055 East Colorado Blvd. Suite 500
3  Pasadena, CA 91106
Telephone: 213-631-4059
4  Facsimile: 510-628-2146

5  DAVID T. MCDOWELL*
david.mcdowell@mhllp.com
6  McDowell Hetherington LLP
1001 Fannin Street, Suite 2400
7  Houston, Texas 77002
Telephone: 713.337.5580
8  Facsimile: 713.337.8850
(*Pro Hac Vice Application Forthcoming)

9

Attorneys for Defendants
10  AMERICAN GENERAL LIFE INSURANCE
COMPANY; EQUITABLE FINANCIAL LIFE
11  INSURANCE COMPANY OF AMERICA; PACIFIC
LIFE INSURANCE COMPANY; PHL VARIABLE
12  INSURANCE COMPANY; THE PENN MUTUAL
LIFE INSURANCE COMPANY; and RELIASTAR
13  LIFE INSURANCE COMPANY

14  UNITED STATES DISTRICT COURT

15  CENTRAL DISTRICT OF CALIFORNIA

16

17  GWENDALYN DOUGLASS, as                Case No. 2:23-cv-00460
Trustee of RAYMOND E. DOUGLASS
18  Revocable Trust,                      STIPULATION TO EXTEND TIME
                                          TO RESPOND TO INITIAL
19            Plaintiff,                  COMPLAINT BY NOT MORE THAN
                                          30 DAYS (L.R. 8-3)
20       v.
                                          Compl. filed: December 5, 2022
21  RELIANT LIFE SHARES LLC, et al.,      FAC filed: December 27, 2022
                                          Date removed: January 20, 2023
22            Defendants.                 Current response date: January 27, 2023
                                          New response date: February 24, 2023
23

24

25

26

27

28

Pursuant to Central District of California Local Rule 8-3, Plaintiff and Defendants American General Life Insurance Company, improperly named, on information and belief, as "General American Life Insurance Company;" Equitable Financial Life Insurance Company of America, improperly named AXA Equitable Life Insurance Company; Pacific Life Insurance Company; PHL Variable Insurance Company; The Penn Mutual Life Insurance Company; and ReliaStar Life Insurance Company (collectively, "Defendants") hereby stipulate and agree that Defendants shall have up to and including February 24, 2023 to move or plead in response to the First Amended Complaint.

**SO STIPULATED.**

Dated:  January 23, 2023              MCDOWELL HETHERINGTON LLP

                                      By:  ___*/s/ Colleen T. Flaherty*___
                                              Colleen T. Flaherty

                                      Attorney for Defendants
                                      AMERICAN GENERAL LIFE
                                      INSURANCE COMPANY;
                                      EQUITABLE FINANCIAL LIFE
                                      INSURANCE COMPANY OF
                                      AMERICA; PACIFIC LIFE
                                      INSURANCE COMPANY; PHL
                                      VARIABLE INSURANCE
                                      COMPANY; THE PENN MUTUAL
                                      LIFE INSURANCE COMPANY; and
                                      RELIASTAR LIFE INSURANCE
                                      COMPANY

Dated:  January 23, 2023              MURRIN LAW FIRM

                                      By:  ___*/s/ J. Owen Murrin*___
                                              J. Owen Murrin

                                      Attorneys for Plaintiff
                                      GWENDALYN DOUGLASS, as
                                      Trustee of RAYMOND E. DOUGLASS
                                      Revocable Trust

1

2
**ECF ATTESTATION**

3
  I, Colleen T. Flaherty, am the ECF User whose ID and password are being

4
used to file this **STIPULATION TO EXTEND TIME TO RESPOND TO**

5
**INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**. In

6
accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing

7
of this document has been obtained from J. Owen Murrin, counsel for Plaintiff, and

8
I shall maintain records to support this concurrence for subsequent production for

9
the Court if so ordered or for inspection upon request by a party.

10
Dated: January 23, 2023   MCDOWELL HETHERINGTON LLP

11

12
              By:  */s/ Colleen T. Flaherty*

13
                   Colleen T. Flaherty

14
              Attorney for Defendants

15

16

17

18

19

20

21

22

23

24

25

26

27

28