# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDALYN DOUGLASS<br><br>PLAINTIFF(S)<br><br>v.<br><br>RELIANT LIFE SHARES LLC , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:23–cv–00460–SB–AGR<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

____    ____    ____

Date Filed    Doc. No.    Title of Doc.

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Attachments No. 2 Affidavit and Notice of Related Parties should not have been attached to Docket Entry No. 1. Each document should have been filed separately. You are not required to take any action to correct this deficiency unless the Court so directs.

Clerk, U.S. District Court

Dated: January 24, 2023        By:  /s/ *Luz Hernandez  luz_hernandez@cacd.uscourts.gov*
                                              Deputy Clerk