# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDALYN DOUGLASS<br><br>v.<br><br>RELIANT LIFE SHARES, LLC, et. al.<br><br>*Plaintiff(s)*<br><br>*Defendant(s).* | **CASE NUMBER**<br><br>2:23-cv-00460-SB-AGR<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

McDowell, David T.     of   McDowell Hetherington LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*        1001 Fannin Street, Suite 2400
(713) 337-5580     (713) 337-8850                    Houston, TX 77002
*Telephone Number*   *Fax Number*
david.mcdowell@mhllp.com
*E-Mail Address*                                    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

American General Life Insurance Company, PHL Variable Insurance Company,
Equitable Financial Life Insurance Company of America, Pacific Life Insurance Company,
The Penn Mutual Life Insurance Company, and ReliaStar Life Insurance Company
*Name(s) of Party(ies) Represented*

☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:* _____

**and designating as Local Counsel**

Flaherty, Colleen T.     of   McDowell Hetherington LLP
*Designee's Name (Last Name, First Name & Middle Initial)*        1055 E. Colorado Blvd., Suite 500
327563    (213) 631-4059    (510) 628-2146          Pasadena, CA 91106
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
colleen.flaherty@mhllp.com
*E-Mail Address*                                    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☒ not be refunded.

Dated   February 14, 2023                    /s/ JBS
                                              **U.S. District Judge**