UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDALYN DOUGLASS, as Trustee of RAYMOND E. DOUGLASS Revocable Trust,<br><br>      Plaintiff,<br><br>   v.<br><br>RELIANT LIFE SHARES, LLC, a California limited liability company, et al.,<br><br>      Defendants | Case No.: 2:23-cv-00460 SB (AGRx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS BANK OF UTAH, TRUSTEE OF THE RELIANT LIFE SHARES SERIES STATUTORY TRUST**<br><br>Assigned for all Purposes to Dept. 6C<br>Hon. Stanley Blumenfeld, Jr., District Judge<br>Magistrate Judge Alicia G. Rosenberg<br><br>Complaint Filed: December 5, 2022<br>Removal to Federal Court: January 20, 2023 |

On the parties' Stipulation for Dismissal of the Bank of Utah, Trustee of the Reliant Life Shares Series Statutory Trust ("Bank of Utah"), Dkt. No. 36, the Court hereby dismisses with prejudice the Bank of Utah. Plaintiff and the Bank of Utah will bear their own fees and costs incurred in this action.

**IT IS SO ORDERED.**

Dated: March 16, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge