J. Owen Murrin (SBN 75329)
Murrin Law Firm
7040 E. Los Santos Drive
Long Beach, California 90815
Phone: 562-342-3011
E-mail: jmurrin@murrinlawfirm.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDALYN DOUGLASS, as Trustee of RAYMOND E. DOUGLASS Revocable Trust <br><br> Plaintiff(s), <br><br> v. <br><br> RELIANT LIFE SHARES, LLC, a California limited liability company, et al. <br><br> Defendant(s). | CASE NUMBER <br><br> 2:23-cv-00460-SB-AGR <br><br><br> **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐  This action is dismissed by the Plaintiff(s) in its entirety.

☐  The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐  The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑  **ONLY** Defendant(s) Zurich American Life Insurance Company; Lincoln Benefit Life Company
is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Plaintiffs Ed Baeza et. al.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

*J. Owen Murrin*

March 24, 2023
    *Date*                  *Signature of Attorney/Party*

NOTE: ***F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***

# PROOF OF SERVICE
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

*GWENDALYN DOUGLASS, as Trustee of RAYMOND E. DOUGLASS Revocable Trust v. RELIANT LIFE SHARES LLC aka RELIANT CAPITAL, RLS FINANCIAL SERVICES, INC, et al.*

Case No.: 2:23-cv-00460-SB-AGR

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 7040 E. Los Santos Drive, Long Beach, CA 90815. On the date set forth below, I served a true and correct copy of the following document:

- **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41**

on the list of interested parties below:

| | |
|---|---|
| L. Rich Walton<br>rwalton@taxtriallawyers.com<br>Brian Kandel<br>bkandel@taxtriallawyers.com<br>Walton & Walton, LLP<br>4640 Admiralty Way, Fifth Floor<br>Marina del Rey, California 90292<br>ssalgado@taxtriallawyers.com<br>lwalton@taxtriallawyers.com<br>Christopher Stevens<br>cstevens@reliantlifeshares.com | Attorney for Defendants Reliant Life Shares, LLC; Scott Grady; Bank of Utah, Trustee of the Reliant Life Shares Series Statutory Trust; Brent Borchert |
| Parag L. Amin, Esq.<br>parag@lawpla.com<br>Ronak Patel<br>Ronak.Patel@lawpla.com<br>Law Office of Parag L. Amin, P.C<br>5901 W Century Blvd, Ste 1518<br>Los Angeles, CA 90045-5437 | Attorney for Defendant Shawn Davenport |
| Dean Olson<br>dolson@clarkhill.com<br>Clark Hill Law Firm<br>1055 W 7th St 24th Fl.<br>Los Angeles, CA 90017-2503 | Attorney for Defendant UMB Bank, N.A. |
| Jason P. Gosselin, Esq.<br>jason.gosselin@faegredrinker.com<br>Ryan M. Salzman<br>ryan.salzman@faegredrinker.com<br>Faegre Drinker<br>One Logan Square, Ste. 2000<br>Philadelphia, Pennsylvania 19103, USA | Attorney for Defendant Lincoln Benefit Life Company |
| Peter Berlin<br>peter@labizlawyer.com<br>peter@berlinfirm.com<br>Law Office of Peter Berlin | Attorney for Defendants Mark Sansoucy; RLS Financial Services; Principal Financial Services |

| | |
|---|---|
| 18425 Burbank Blvd., Suite 719<br>Tarzana, CA 91356 | |
| Irma Solares<br>isolares@carltonfields.com<br>Carlton Fields<br>1025 Thomas Jefferson Street, NW, Suite 400 West<br>Washington, DC 20007-5208 | Attorney for Zurich American Life Insurance Company |
| David Beitcham Esq.<br>dbeitchman@bzlegal.com<br>Andre Boniadi<br>aboniadi@bzlegal.com<br>Beitchman & Zekian, PC<br>16130 Ventura Blvd #570<br>Encino, Ca. 91436<br>sdepelyan@bzlegal.com | Attorney for Larry Tupler and Paul Roy |
| Maxim Vayenerov<br>Barnhill & Vaynerov LLP<br>12100 Wilshire Blvd, Ste 800<br>Los Angeles, CA 90025-7140<br>vaynerov@bv-llp.com | Attorney for Joel K. Kleinfeld |
| Joseph Duffy<br>joseph.duffy@morganlewis.com<br>Holly A. Henrich<br>holly.henrich@morganlewis.com<br>Morgan,Lewis & Bockius LL<br>300 South Grand Avenue, Twenty-Second Floor<br>Los Angeles, CA 90071-3132 | Attorney for Beneficial Life Insurance |

☒ **Electronic Mail** (CCP § 1010.6(d), CRC Rule 2.251(b)(1)(B) & (c)(3), Rule 2.253(b)(1)(B), and mandatory efiling for attorneys by local court order is your consent requiring you to accept electronic service from us.) I served via email to the electronic address shown above. Our electronic service address is: jmurrin@murrinlawfirm.com

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 24, 2023, at Long Beach, California.

_Cameron R. Kleinberger_
Cameron R. Kleinberger